No. 82–1326. WATT, SECRETARY OF THE INTERIOR, ET AL. *v.* CALIFORNIA ET AL.;
No. 82–1327. WESTERN OIL & GAS ASSN. ET AL. *v.* CALIFORNIA ET AL.; and
No. 82–1511. CALIFORNIA ET AL. *v.* WATT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. [Certiorari granted, 461 U. S. 925.] Motion of Western Oil & Gas

Association et al. for divided argument granted. Request for additional time for oral argument denied. Motion of Humboldt County et al. for divided argument granted. Request for additional time for oral argument denied.